## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

DIGITUDE INNOVATIONS LLC,

              Plaintiff,

    v.

MOTOROLA MOBILITY INC.,

           Defendant.

CIVIL ACTION NO. 1:11−CV−01194−LPS

## STIPULATION OF DISMISSAL

Plaintiff Digitude Innovations, LLC ("Digitude") and Defendant Motorola Mobility Inc.

("Motorola"), through their undersigned counsel, hereby stipulate and agree, pursuant to Fed. R.

Civ. P. 41(a)(1)(A)(ii), that this action is dismissed with prejudice with each party to bear its own

costs.

Dated: May 9, 2012

| | |
|---|---|
| */s/ Edmond D. Johnson* | */s/ Jack B. Blumenfeld* |
| Edmond D. Johnson (Del. Bar No. 2257) | Jack B. Blumenfeld (Del. Bar No. 1014) |
| Pepper Hamilton LLP | Morris, Nichols, Arsht & Tunnell LLP |
| Hercules Plaza, Suite 5100 | 1201 North Market Street |
| 1313 N. Market Street | P.O. Box 1347 |
| P.O. Box 1709 | Wilmington, DE 19899 |
| Wilmington, Delaware 19899-1709 | (302) 658-9200 |
| (302) 777-6500 | *jbbefiling@mnat.com* |
| *johnsone@pepperlaw.com* | |
| | *Attorneys for Defendant Motorola Mobility Inc.* |
| *Attorney for Plaintiffs* | |
| *Digitude Innovations LLC* | |